PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRIENDLY CAB COMPANY, INC.; FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY; BALJIT SINGH; SURINDER K. SINGH; KEVIN ITO; JOHN DOE 1; and DOES 2-10, Inclusive,<br><br>　　　　Defendants.<br>_____ | CASE NO. C07-04616<br><u>Civil Rights</u><br><br>**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: September 11, 2007          PAUL L. REIN
                                   JULIE A. OSTIL
                                   LAW OFFICES OF PAUL L. REIN


                                   /s/ Julie Ostil_____
                                   Attorneys for Plaintiff
                                   JEAN RIKER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Supplemental Initial Disclosures:**
**Case No. C07-04616**                                                  — 1 —
s:\jo\cases\f\friendly cab company\pleadings\n. dist consent to magistrate judge.doc