| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | |
| Plaintiff: RIKER | |
| Defendant: FRIENDLY CAB COMPANY | |

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0704616EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference, Standing Order For All Judges Of The Northern District Of California, Guidelines, Ecf Registration Information Handout

3. a. Party served:              FRIENDLY CAB COMPANY, INC.
   b. Person served:             PINKY KAUR, CASHIER

4. Address where the party was served:    4849 EAST 12TH STREET
                                          Oakland, CA 94601

5. I served the party:
   b. **by substituted service.** On: Wed., Sep. 12, 2007 at: 1:46PM by leaving the copies with or in the presence of:
      PINKY KAUR, CASHIER
   (1) **(Business)** a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. *Person Who Served Papers:*                              Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN M. BLAMA                                d. *The Fee for Service was:*    $80.00



   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:      690
      (iii) County:                Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Fri, Sep. 14, 2007

Judicial Council Form                     PROOF OF SERVICE                     (EDWIN M. BLAMA)
Rule 982.9.(a)&(b) Rev January 1, 2007    SUM-CIVI/CASE & COMP                              reinpr.8211

| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001   FAX No: 510-832-4787 | | | | | For Court Use Only |
|---|---|---|---|---|---|
| | | Ref. No or File No.: | | | |
| Attorney for: Plaintiff | | | | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of California | | | | | |
| Plaintiff: RIKER | | | | | |
| Defendant: FRIENDLY CAB COMPANY | | | | | |
| **PROOF OF SERVICE** <br> **By Mail** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0704616EDL | |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference, Standing Order For All Judges Of The Northern District Of California, Guidelines, Ecf Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:          Fri., Sep. 14, 2007
   b. Place of Mailing:         Walnut Creek, CA 94595
   c. Addressed as follows:     FRIENDLY CAB COMPANY, INC.
                                4849 EAST 12TH STREET
                                Oakland, CA 94601
                                Attn: Baljit Singh, Agent For Service

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Sep. 14, 2007 in the ordinary course of business.

5. Person Serving:
   a. BRENDA SEAGRAVES
   b. One Hour Delivery Service
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. 925-947-1100, FAX 925-947-3480

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $80.00
   e. I am: (3) registered California process server
      (i)   Employee
      (ii)  Registration No.:   641
      (iii) County:              Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Sep. 14, 2007

   Judicial Council Form                    PROOF OF SERVICE                    (BRENDA SEAGRAVES)
   Rule 982.9.(a)&(b) Rev January 1, 2007       By Mail                                              reinpr.8211