| Attorney or Party without Attorney: PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| | Ref. No. or File No.: |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: RIKER | |
| Defendant: FRIENDLY CAB COMPANY | |

| PROOF OF SERVICE<br>SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704616EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference, Standing Order For All Judges Of The Northern District Of California, Guidelines, Ecf Registration Information Handout

3. a. Party served:    KEVIN ITO

4. Address where the party was served:    4849 EAST 12TH STREET
   Oakland, CA 94601

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Wed., Sep. 12, 2007 (2) at: 1:45PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN M. BLAMA
   
   1280 BOULEVARD WAY #205
   WALNUT CREEK, CA 94595
   (925) 947-3470
   FAX (925) 947-3480
   WWW.ONEHOUR.NET

   d. *The Fee for Service was:*  $80.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.:  690
      (iii) County:  Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Fri, Sep. 14, 2007

   Judicial Council Form                    PROOF OF SERVICE                (EDWIN M. BLAMA)
   Rule 982.9.(a)&(b) Rev January 1, 2007   SUM-CIVI/CASE & COMP                          reinpr.8214