| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 <br> Telephone No: 510-832-5001    FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

Plaintiff: RIKER
Defendant: FRIENDLY CAB COMPANY

| PROOF OF SERVICE <br> SUM-CIVI/CASE & COMP | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0704616EDL |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case And Complaint , Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference, Standing Order For All Judges Of The Northern District Of California, Guidelines, Ecf Registration Information Handout

3. a. Party served:      BALJIT SINGH
   b. Person served:     PINKY KAUR- CASHIER

4. Address where the party was served:     4849 EAST 12TH STREET
       Oakland, CA 94601

5. I served the party:
   b. by substituted service. On: Fri., Sep. 14, 2007 at: 1:09PM by leaving the copies with or in the presence of:
       PINKY KAUR- CASHIER
   (1) (Business) a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

7. Person Who Served Papers:     Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. EDWIN M. BLAMA
   d. The Fee for Service was:    $80.00
   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.:    690
       (iii) County:    Contra Costa



1280 BOULEVARD WAY #205
WALNUT CREEK, CA 94595
(925) 947-3470
FAX (925) 947-3480
WWW.ONEHOUR.NET

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Sep. 17, 2007

Judicial Council Form       PROOF OF SERVICE       (EDWIN M. BLAMA)
Rule 982.9.(a)&(b) Rev January 1, 2007     SUM-CIVI/CASE & COMP       reinpr.8213

| Attorney or Party without Attorney: <br> PAUL L. REIN ESQ, Bar #43053 <br> LAW OFFICES OF PAUL L. REIN <br> 200 LAKESIDE DRIVE, STE A <br> Oakland, CA 94612 | | For Court Use Only |
|---|---|---|
| Telephone No: 510-832-5001   FAX: No: 510-832-4787 | Ref. No or File No.: | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| United States District Court, Northern District Of California |

| Plaintiff: RIKER |
|---|
| Defendant: FRIENDLY CAB COMPANY |

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> C0704616EDL |
|---|---|---|---|---|

1. I, EDWIN M. BLAMA, and any employee or independent contractors retained by One Hour Delivery Service are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BALJIT SINGH as follows:

2. Documents: Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference, Standing Order For All Judges Of The Northern District Of California, Guidelines, Ecf Registration Information Handout.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 09/12/07 | 1:09pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: EDWIN M. BLAMA. Attempt at: 4849 EAST 12TH STREET  Oakland CA 94601. |
| Thu | 09/13/07 | 12:00pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: EDWIN M. BLAMA. Attempt at: 4849 EAST 12TH STREET  Oakland CA 94601. |
| Fri | 09/14/07 | 1:09pm | Business | THE SUBJECT WAS NOT IN AT THIS TIME. Attempt made by: EDWIN M. BLAMA. Attempt at: 4849 EAST 12TH STREET  Oakland CA 94601. |
| Fri | 09/14/07 | 1:09pm | Business | Substituted Service on: BALJIT SINGH Business - 4849 EAST 12TH STREET Oakland, CA. 94601 by Serving: PINKY KAUR- CASHIER a Person in charge at least 18 years of age apparently in charge of the office or usual place of business of the person served. Served by: EDWIN M. BLAMA |

3. Person Executing
   a. EDWIN M. BLAMA
   b. **One Hour Delivery Service**
      1280 Boulevard Way #205
      Walnut Creek, CA 94595
   c. .925-947-1100, FAX 925-947-3480

Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. *The Fee for service was:* $80.00
   e. *I am:* (3) registered California process server
      (i) Independent Contractor
      (ii) *Registration No.:*      690
      (iii) *County:*               Contra Costa

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Mon, Sep. 17, 2007     AFFIDAVIT OF REASONABLE DILIGENCE     (EDWIN M. BLAMA)     reinpr.8213

| Attorney or Party without Attorney: PAUL L. REIN ESQ, Bar #43053<br>LAW OFFICES OF PAUL L. REIN<br>200 LAKESIDE DRIVE, STE A<br>Oakland, CA 94612<br>Telephone No: 510-832-5001  FAX No: 510-832-4787 | For Court Use Only |
|---|---|
| Ref. No or File No.: | |
| Attorney for: Plaintiff | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court, Northern District Of California | |
| Plaintiff: RIKER | |
| Defendant: FRIENDLY CAB COMPANY | |

| PROOF OF SERVICE<br>By Mail | Hearing Date: | Time: | Dept/Div: | Case Number:<br>C0704616EDL |
|---|---|---|---|---|

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occured.

2. I served copies of the Summons In A Civil Case And Complaint, Notice Of Assignment Of Case To A United States Magistrate Judge For Trial, Blank Consent To Proceed Before A United States Magistrate Judge, Blank Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge, Consent To Proceed Before A United States Magistrate Judge, Scheduling Order For Cases Asserting Denial Of Right Of Access Under Americans With Disabilities Act Title Iii, Standing Order, Standing Order Re Case Management Conference, Standing Order For All Judges Of The Northern District Of California, Guidelines, Ecf Registration Information Handout

3. By placing a true copy of each document in the United States mail, in a sealed envelope by **First Class** mail with postage prepaid as follows:

   a. Date of Mailing:        Mon., Sep. 17, 2007
   b. Place of Mailing:       Walnut Creek, CA 94595
   c. Addressed as follows:   BALJIT SINGH
                              4849 EAST 12TH STREET
                              Oakland, CA 94601

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Mon., Sep. 17, 2007 in the ordinary course of business.

5. *Person Serving:*                                                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. STEPHANIE BROWNE                      d. *The Fee for Service was:*   $80.00
   b. One Hour Delivery Service             e. I am: (3) registered California process server
      1280 Boulevard Way #205                   (i)   Employee
      Walnut Creek, CA 94595                    (ii)  Registration No.:     641
   c. .925-947-1100, FAX 925-947-3480           (iii) County:               Contra Costa

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date:Mon, Sep. 17, 2007

   Judicial Council Form                    PROOF OF SERVICE            (STEPHANIE BROWNE)
   Rule 982.9.(a)&(b) Rev January 1, 2007          By Mail                                          reinpr.8213