| | |
|---|---|
| 1 | HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP |
|   | HUSSEIN SAFFOURI - 177863 |
| 2 | hsaffouri@hansonbridgett.com |
|   | 425 Market Street, 26th Floor |
| 3 | San Francisco, CA 94105 |
|   | Telephone:  (415) 777-3200 |
| 4 | Facsimile:  (415) 541-9366 |
| 5 | Attorneys for Defendants |
|   | FRIENDLY CAB COMPANY, INC.; FRIENDLY |
| 6 | TRANSPORTATION dba FRIENDLY CAB COMPANY; |
|   | BALJIT SINGH; SURINDER K. SINGH; and KEVIN ITO. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEAN RIKER, | | Case No. C07-04616 EDL |
| | Plaintiff, | Civil Rights |
| v. | | STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT |
| FRIENDLY CAB COMPANY, INC.; FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY; BALJIT SINGH; SURINDER K. SINGH; KEVIN ITO; JOHN DOE 1 and DOES 2-10, inclusive, | | |
| | Defendants. | |

Whereas plaintiff Jean Riker served the Summons and Complaint in this action ("Summons and Complaint") upon defendants Friendly Cab Company, Inc., Friendly Transportation dba Friendly Cab Company, and Kevin Ito on or about September 12, 2007, and on Baljit Singh and Surinder K. Singh on or about September 14, 2007;

Whereas those defendants who were served on or about September 12, 2007 are required to respond to the Summons and Complaint on or before October 2, 2007, and those served on or about September 14, 2007 are required to respond to the Summons and Complaint on or before October 4, 2007;

Whereas, all defendants who have been served have requested additional time to answer or otherwise respond to the Summons and Complaint;

- 1 -

1   Whereas, plaintiff agrees to an approximately two week extension of the defendants' time
2   to answer or otherwise respond to the Summons and Complaint:
3   IT IS HEREBY STIPULATED AND AGREED by and between plaintiff and defendants
4   Friendly Cab Company, Inc., Friendly Transportation dba Friendly Cab Company, Baljit Singh,
5   Surinder K. Singh, and Kevin Ito, through their respective counsel of record, that defendants
6   Friendly Cab Company, Inc., Friendly Transportation dba Friendly Cab Company, Baljit Singh,
7   Surinder K. Singh, and Kevin Ito's time to answer or otherwise respond to the Summons and
8   Complaint shall be extended to and including October 18, 2007.

9   DATED: October 3, 2007                HANSON BRIDGETT MARCUS
                                          VLAHOS & RUDY, LLP

                                          By: /s/ Hussein Saffouri
                                          HUSSEIN SAFFOURI
                                          Attorneys for Defendants
                                          FRIENDLY CAB COMPANY, INC.;
                                          FRIENDLY TRANSPORTATION dba
                                          FRIENDLY CAB COMPANY; BALJIT
                                          SINGH; SURINDER K. SINGH; and
                                          KEVIN ITO

18  DATED: October 3, 2007                LAW OFFICES OF PAUL L. REIN

                                          By: /s/ Paul L. Rein
                                          PAUL L. REIN
                                          Attorneys for Plaintiff
                                          JEAN RIKER