1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   KURT A. FRANKLIN - 172715
2  KEVIN D. REESE - 172992
   425 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone:    (415) 777-3200
4  Facsimile:    (415) 541-9366
   kfranklin@hansonbridgett.com
5  kreese@hansonbridgett.com

6  Attorneys for Defendants
   FRIENDLY CAB COMPANY, INC.; FRIENDLY
7  TRANSPORTATION dba FRIENDLY CAB COMPANY;
   BALJIT SINGH; SURINDER K. SINGH; and KEVIN ITO
8

9              UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | JEAN RIKER,                          | No. 3:07-cv-04616-EDL
13 |           Plaintiff,                 | DEFENDANTS FRIENDLY CAB
                                          | COMPANY, INC.; FRIENDLY
14 |      v.                              | TRANSPORTATION dba FRIENDLY CAB
                                          | COMPANY; BALJIT SINGH; SURINDER
15 | FRIENDLY CAB COMPANY, INC;           | K. SINGH; and KEVIN ITO DEMAND FOR
   | FRIENDLY TRANSPORTATION dba          | JURY TRIAL PURSUANT TO FEDERAL
16 | FRIENDLY CAB COMPANY; BALJIT         | RULES OF CIVIL PROCEDURE 38(b)
   | SINGH; SURINDER K. SINGH; KEVIN
17 | ITO; JOHN DOE 1; and DOES 2-10,      | Action Filed:   September 6, 2007
   | Inclusive,
18 |           Defendants.
19

20

21

22

23

24

25

26

27

28
                                    - 1 -
DEMAND FOR JURY TRIAL
(Case No.: 3:07-cv-04616-EDL)                                      1374981.1

1 | Defendants FRIENDLY CAB COMPANY, INC., FRIENDLY TRANSPORTATION
2 | (erroneously sued herein as Friendly Transportation dba Friendly Cab Company); BALJIT
3 | SINGH, SURINDER K. SINGH, and KEVIN ITO (hereinafter "Defendants"), by their attorneys
4 | Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP, hereby pursuant to Federal Rules of Civil
5 | Procedure 38(b) by this notice formally demand a jury trial in the above-entitled action.

DATED:  November 1, 2007         HANSON BRIDGETT MARCUS VLAHOS &
                                 RUDY, LLP


                                 By: /s/ Kevin D. Reese, Esq.
                                     Kevin D. Reese
                                     Attorneys for Defendants
                                     FRIENDLY CAB COMPANY, INC.;
                                     FRIENDLY TRANSPORTATION dba
                                     FRIENDLY CAB COMPANY; BALJIT
                                     SINGH; SURINDER K. SINGH; and KEVIN
                                     ITO