PAUL L. REIN, Esq., (SBN 43053)
JULIE A. OSTIL, Esq., (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA  94612
Telephone:   510/832-5001
Facsimile:    510/832-4787

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEAN RIKER,

    Plaintiff,

v.

FRIENDLY CAB COMPANY, INC;  FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY; BALJIT SINGH; SURINDER K. SINGH; KEVIN ITO; JOHN DOE 1; and DOES 2-10, Inclusive,

    Defendants.
_____/

CASE NO. C07-4616 EDL
Civil Rights

**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

        Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 2, 2007

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN


    /s/ Julie Ostil
_____
Attorneys for Plaintiff
JEAN RIKER

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES
CASE NO.07-4616 EDL

S:\SLR\FRIENDLY CAB\PLEADINGS\CERT INT PARTIES.PL.wpd