1  HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP
   KURT A. FRANKLIN - 172715
2  KEVIN D. REESE - 172992
   425 Market Street, 26th Floor
3  San Francisco, CA 94105
   Telephone:  (415) 777-3200
4  Facsimile:  (415) 541-9366
   kfranklin@hansonbridgett.com
5  kreese@hansonbridgett.com

6  Attorneys for Defendants
   FRIENDLY CAB COMPANY, INC.; FRIENDLY
7  TRANSPORTATION dba FRIENDLY CAB COMPANY;
   BALJIT SINGH; SURINDER K. SINGH; and KEVIN ITO
8

9                    UNITED STATES DISTRICT COURT

10               FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12 | JEAN RIKER,                              | No. 3:07-cv-04616-EDL
13 |          Plaintiff,                      | **DEFENDANTS FRIENDLY CAB COMPANY, INC.; FRIENDLY
14 |     v.                                   | TRANSPORTATION dba FRIENDLY CAB COMPANY; BALJIT SINGH; SURINDER
15 | FRIENDLY CAB COMPANY, INC;                | K. SINGH; and KEVIN ITO'S
   | FRIENDLY TRANSPORTATION dba               | CERTIFICATE OF INTERESTED PARTIES**
16 | FRIENDLY CAB COMPANY; BALJIT
   | SINGH; SURINDER K. SINGH; KEVIN
17 | ITO; JOHN DOE 1; and DOES 2-10,           | Action Filed:    September 6, 2007
   | Inclusive,
18
19 |          Defendants.

                                  - 1 -

1  Pursuant to Civil Local Rule 3-16, Defendants FRIENDLY CAB COMPANY, INC., FRIENDLY TRANSPORTATION (erroneously sued herein as Friendly Transportation dba Friendly Cab Company); BALJIT SINGH, SURINDER K. SINGH, and KEVIN ITO (hereinafter "Defendants"), by their attorneys Hanson, Bridgett, Marcus, Vlahos & Rudy, LLP, hereby certify that, as of this date, other than the named parties, there are no such interests to report.

DATED:  December 17, 2007

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP


By: /s/ Kevin D. Reese
    Kevin D. Reese, Esq.
    Kurt A. Franklin, Esq.
    Attorneys for Defendants
    FRIENDLY CAB COMPANY, INC.;
    FRIENDLY TRANSPORTATION dba
    FRIENDLY CAB COMPANY; BALJIT
    SINGH; SURINDER K. SINGH; and KEVIN
    ITO

CERTIFICATE OF INTERESTED PARTIES
(Case No.: 3:07-cv-04616-EDL)

1394024.1