PAUL L. REIN, Esq. (SBN 43053)
JULIE A. OSTIL, Esq. (SBN 215202)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Dr., Suite A
Oakland, CA 94612
(510) 832-5001

Attorney for Plaintiff:
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDLY CAB COMPANY, INC.;<br>FRIENDLY TRANSPORTATION dba<br>FRIENDLY CAB COMPANY; BALJIT<br>SINGH; SURINDER K. SINGH;<br>KEVIN ITO; JOHN DOE 1; and DOES<br>2-10, Inclusive,<br><br>    Defendants. | CASE NO. C07-04616<br><u>Civil Rights</u><br><br>**NOTICE OF NEED FOR MEDIATION** |

_____

Plaintiff hereby reports the following:

    1.    This case arises under Title III of the Americans with Disabilities Act and related state law causes of action.  As such, it was assigned to the provisions of Northern District General Order 56 when it was filed.

    2.    This case alleges discriminatory policies on the part of defendants, but does not allege any physical barriers.  Accordingly, no site inspection has taken place or is contemplated at this time.  However, the case should proceed to mediation under General Order 56.

    3.    Accordingly, pursuant to the requirements of General Order 56, plaintiff is filing this Notice of Need for Medation.

///

///

///

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Notice of Need for Mediation:**
**Case No. C05-2173 BZ**

— 1 —

s:\jo\cases\f\friendly cab company\pleadings\notice of need for mediation.doc

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| ... | |
| 28 | |

Dated: February 11, 2008

PAUL L. REIN
JULIE A. OSTIL
LAW OFFICES OF PAUL L. REIN

/s/ Julie Ostil_____
Attorneys for Plaintiff
JEAN RIKER

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

**Notice of Need for Mediation:**
**Case No. C05-2173 BZ**

— 2 —

s:\jo\cases\f\friendly cab company\pleadings\notice of need for mediation.doc