# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Riker, | 07-04616 EDL MED |
| Plaintiff(s), | **Notice of Appointment of Mediator** |
| v. | |
| Friendly Cab Company, Inc., | |
| Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Michael Timpane**
Timpane ADR Services
1901 Harrison St., Suite 1150
Oakland, CA 94612
510-625-8885

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-04616 EDL MED                               - 1 -

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.

3

4  Dated: February 26, 2008

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**Notice of Appointment of Mediator**
07-04616 EDL MED                    - 2 -