1  HANSON BRIDGETT LLP
   KURT A. FRANKLIN - 172715
2  kfranklin@hansonbridgett.com
   KEVIN REESE - 172992
3  kreese@hansonbridgett.com
   425 Market Street, 26th Floor
4  San Francisco, CA  94105
   Telephone:   (415) 777-3200
5  Facsimile:   (415) 541-9366

6  Attorneys for Defendant
   FRIENDLY CAB COMPANY, INC.; FRIENDLY
7  TRANSPORTATION dba FRIENDLY CAB COMPANY;
   BALJIT SINGH; SURINDER K. SINGH; and KEVIN ITO

8
                    **UNITED STATES DISTRICT COURT**
9
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   JEAN RIKER,                          No. 3:07-cv-04616-EDL
12
                   Plaintiff,           **CONSENT TO PROCEED BEFORE**
13                                       **UNITED STATES MAGISTRATE JUDGE**
          v.                             **ELIZABETH D. LAPORTE**
14
   FRIENDLY CAB COMPANY, INC;          Action Filed:      September 6, 2007
15  FRIENDLY TRANSPORTATION dba
   FRIENDLY CAB COMPANY; BALJIT
16  SINGH; SURINDER K. SINGH; KEVIN
   ITO; JOHN DOE 1; and DOES 2-10,
17  Inclusive,

18                  Defendant.

19

20

21

22

23

24

25

26

27

28
                                 - 1 -

1    CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE:

2        In accordance with the provisions of Title 28, U.S.C. Section 636(c), the

3    undersigned party hereby voluntarily consents to have United States Magistrate Judge

4    Elizabeth D. Laporte conduct any and all further proceedings in the case, including trial,

5    and order the entry of a final judgment.  Appeal from the judgment shall be taken directly

6    to the United States Court of Appeals for the Ninth Circuit.

7

8    DATED:  March 17, 2008                    HANSON BRIDGETT LLP

9

10                                                By: /s/ Kevin D. Reese
                                                    ———————————————————
11                                                   KEVIN D. REESE, ESQ.
                                                     KURT A. FRANKLIN, ESQ.
12                                                   Attorneys for Defendants
                                                     FRIENDLY CAB COMPANY, INC.;
13                                                   FRIENDLY TRANSPORTATION DBA
                                                     FRIENDLY CAB COMPANY; BALJIT
14                                                   SINGH; SURINDER K. SINGH; AND
                                                     KEVIN ITO

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -