# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Riker,<br><br>                    Plaintiff(s),<br><br>     v.<br><br>Friendly Cab Company, Inc.,<br><br>                    Defendant(s). | 07-04616 EDL MED<br><br>**Notice Vacating Appointment of Mediator & Appointing New Mediator** |

TO COUNSEL OF RECORD:

The appointment of Michael Timpane to serve as the Mediator in this matter is vacated. The court notifies the parties and counsel that the new Mediator assigned to this case is:

> **Howard A. Herman**
> US District Court - ADR Program
> 450 Golden Gate Ave., 16th Floor
> San Francisco, CA 94102
> 415-522-2027
> Howard_Herman@cand.uscourts.gov

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1 Counsel are reminded that the written mediation statements required by the ADR L.R.
2 6-7 shall NOT be filed with the court.
3 Dated: April 1, 2008

                RICHARD W. WIEKING
                Clerk
                by:    Alice M. Fiel

                ADR Case Administrator
                415-522-3148
                Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice Vacating Appointment of Mediator & Appointing New Mediator**
07-04616 EDL MED