PAUL L. REIN, Esq., (SBN 43053)
LAW OFFICES OF PAUL L. REIN
200 Lakeside Drive, Suite A
Oakland, CA 94612
Telephone: 510/832-5001
Facsimile: 510/832-4787

Attorneys for Plaintiff
JEAN RIKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br><br>v.<br><br>FRIENDLY CAB COMPANY, INC; FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY; BALJIT SINGH; SURINDER K. SINGH; KEVIN ITO; JOHN DOE 1; and DOES 2-10, Inclusive,<br><br>    Defendants._____/ | CASE NO. C07-4616 EDL<br><u>Civil Rights</u><br><br>**CONSENT DECREE AND [PROPOSED] ORDER** |

### **CONSENT DECREE AND ORDER**

1.   Plaintiff JEAN RIKER filed her Complaint in this matter on September 6, 2007, alleging that defendants had violated her right to full and equal access to defendants' goods and services, pursuant to provisions of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. §§ 12101 *et seq.*, and California Civil Code §§ 51, 54, and 54.1, by charging plaintiff a different (and higher) rate than charged to the general public, when plaintiff utilized defendants' taxi cab service on July 10, 2007, and continuing to the present.

2.   Defendants FRIENDLY CAB COMPANY, INC.; FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY; BALJIT SINGH;

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C07-4616 EDL                    1                    S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd

SURINDER K. SINGH; KEVIN ITO ("Defendants") deny all of the allegations raised by plaintiff in the Complaint ("Complaint") and by entering into this Consent Decree and Order do not admit liability to any of the allegations in Plaintiff's Complaint filed in this action. The parties hereby enter into this Consent Decree and Order for the purpose of resolving this lawsuit without the need for protracted litigation. This Consent Decree makes no finding of liability by defendants for any civil rights violations alleged by plaintiff in the Complaint.

**JURISDICTION**

3. The parties to this Consent Decree agree that the Court has jurisdiction of this matter pursuant to 28 USC §1331 for alleged violations of the Americans with Disabilities Act of 1990, 42 USC 12101 et seq. and pursuant to pendant jurisdiction for alleged violations of California Civil Code §§ 51, 52, 54, 54.1, 54.3, and 55.

4. In order to avoid the costs, expense, and uncertainty of protracted litigation, the parties to this Consent Decree agree to entry of this Order to resolve all claims regarding injunctive relief claims raised in the Complaint filed with this Court on September 6, 2007. Accordingly, they agree to the entry of this Order without trial or further adjudication of any issues of fact or law concerning plaintiff's claims for injunctive relief.

WHEREFORE, the parties to this consent decree hereby agree and stipulate to the Court's entry of this Consent Decree and Order, which provides as follows:

**SETTLEMENT OF INJUNCTIVE RELIEF**

5. This Consent Decree and Order shall be a full, complete, and final disposition and settlement of all of Plaintiff's claims against Defendants that have arisen out of the subject Complaint. The parties agree that there has been no

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C07-4616 EDL                    2                    S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd

admission or finding of liability or violation of the ADA and/or California civil rights laws, and this Consent Decree and Order should not be construed as such.

6. The parties agree that the stipulated modification of policies and procedures agreed to in this Consent Decree will be implemented within 30 days of this agreement being signed by the parties, and will be a permanent modification of policies and procedures as long as defendants, or any of them, offer a taxi cab service to the public.

**MODIFICATION OF POLICIES AND PROCEDURES FOR PRICING**

7. Defendants agree to prepare and institute a written policy that persons with disabilities using metered taxi service will be charged the same metered rate as able bodied passengers. Defendants agree to notify, orally and in writing, all cab drivers that operate and/or lease its vehicles and all dispatchers and/or managers involved directly with the operation of Friendly Cab Company's taxi service (1) that it is unlawful to charge any passenger a higher rate for metered services on the basis that he or she has a disability or uses a wheelchair, and (2) that any services under a city sponsored paratransit program are only provided using non-metered vehicles, except that metered taxi vehicles will accept City script for taxi services. Such policy will be instituted within 30 days of this agreement.

**DAMAGES, ATTORNEY FEES, LITIGATION EXPENSES, AND COSTS**

8. The parties have also reached an agreement regarding plaintiff's claims for damages, attorney fees, litigation expenses and costs: Defendants will settle all monetary claims by plaintiff by payment of $35,000 by check payable to "Paul L. Rein in Trust for Jean Riker," with such payment to be made within 14 days of filing the Consent Decree with the Court.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C07-4616 EDL         S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd

3

**ENTIRE CONSENT DECREE AND ORDER**

9. This Consent Decree and Order constitutes the entire agreement between the parties on the matters of injunctive relief, and no other statement, promise, or agreement, either written or oral, made by any of the parties or agents of any of the parties, that is not contained in this written Consent Decree and Order, shall be enforceable regarding the matters of injunctive relief described herein.

**CONSENT DECREE BINDING ON PARTIES AND SUCCESSORS IN INTEREST**

10. This Consent Decree and Order shall be binding on Plaintiff JEAN RIKER, and Defendants FRIENDLY CAB COMPANY, INC., FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY, BALJIT SINGH, SURINDER K. SINGH, and KEVIN ITO, and any successors in interest. The parties have a duty to so notify all such successors in interest of the existence and terms of this Consent Decree and Order during the period of the Court's jurisdiction of this Consent Decree and Order.

**MUTUAL RELEASE AND WAIVER OF CIVIL CODE SECTION 1542 AS TO INJUNCTIVE RELIEF ONLY**

11. Each of the parties to this Consent Decree understands and agrees that there is a risk and possibility that, subsequent to the execution of this Consent Decree, any or all of them will incur, suffer, or experience some further loss or damage with respect to the Lawsuit which are unknown or unanticipated at the time this Consent Decree is signed. Except for all obligations required in this Consent Decree, the parties intend that this Consent Decree apply to all such further loss with respect to the Lawsuit, except those caused by the parties subsequent to the execution of this Consent Decree. Therefore, except for all

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [~~PROPOSED~~] ORDER
CASE NO. C07-4616 EDL               4        S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd

1  obligations required in this Consent Decree, this Consent Decree shall apply to
2  and cover any and all claims, demands, actions and causes of action by the parties
3  to this Consent Decree with respect to the Lawsuit, whether the same are known,
4  unknown or hereafter discovered or ascertained, and the provisions of Section
5  1542 of the California Civil Code are hereby expressly waived.  Section 1542
6  provides as follows:

7  A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR DOES NOT KNOW OR SUSPECT TO
8  EXIST IN HIS FAVOR AT THE TIME OF EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE
9  MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR.
10

11  12.   Except for all obligations required in this Consent Decree, each of the
12  parties to this Consent Decree, on behalf of each, their respective agents,
13  representatives, predecessors, successors, heirs, partners and assigns, releases and
14  forever discharges each other Party and all officers, directors, shareholders,
15  subsidiaries, joint venturers, stockholders, partners, parent companies, employees,
16  agents, attorneys, insurance carriers, heirs, predecessors, and representatives of
17  each other Party, from all claims, demands, actions, and causes of action of
18  whatever kind or nature, presently known or unknown, arising out of or in any
19  way connected with the Lawsuit.
20

21  **TERM OF THE CONSENT DECREE AND ORDER**

22  13.   The modification of policies and procedures set forth in this Consent
23  Decree and Order is meant to be a permanent modification of those policies and
24  procedures that pertain to the pricing of taxi cab services offered by Friendly Cab,
25  and the training provided for such modification, so long as defendants, or any of
26  them, offers taxi cab services to the public.  The Court shall retain jurisdiction of
27  this action to enforce provisions of this Order for two years after the entry of this
28  Consent Decree.

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C07-4616 EDL                    5                 S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd

**SEVERABILITY**

14.     If any term of this Consent Decree and Order is determined by any court to be unenforceable, the other terms of this Consent Decree and Order shall nonetheless remain in full force and effect.

**SIGNATORIES BIND PARTIES**

15.     Signatories on the behalf of the parties represent that they are authorized to bind the parties to this Consent Decree and Order.  The Consent Decree may be signed in counterparts and a facsimile signature shall have the same force and effect as an original signature.


Dated: December  2, 2008              /s/
                                      Plaintiff JEAN RIKER

Dated: November 26, 2008              /s/
                                      Defendant FRIENDLY CAB COMPANY, INC.

Dated: November 26, 2008              /s/
                                      Defendant FRIENDLY TRANSPORTATION dba FRIENDLY CAB COMPANY

Dated: November 26, 2008              /s/
                                      Defendant BALJIT SINGH

Dated: November 26, 2008              /s/
                                      Defendant SURINDER K. SINGH

Dated: November 26, 2008              /s/
                                      Defendant KEVIN ITO

//

//

//

LAW OFFICES OF
**PAUL L. REIN**
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [P~~ROPOSED~~] ORDER
CASE NO. C07-4616 EDL                 6    S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd

APPROVED AS TO FORM:

Dated: December 2, 2008                LAW OFFICES OF PAUL L. REIN

                                        /s/
                                        By PAUL L. REIN
                                        Attorneys for Plaintiff
                                        JEAN RIKER


Dated: November 26, 2008               HANSON BRIDGETT MARCUS
                                        VLAHOS RUDY LLP


                                        /s/
                                        By KEVIN D. REESE
                                        Attorneys for Defendants
                                        FRIENDLY CAB COMPANY, INC.;
                                        FRIENDLY TRANSPORTATION dba
                                        FRIENDLY CAB COMPANY; BALJIT
                                        SINGH; SURINDER K. SINGH; KEVIN
                                        ITO


## ORDER

Pursuant to stipulation, and for good cause shown,

**IT IS SO ORDERED.**

Dated: December _3_, 2008

HON. ELIZABETH D. LAPORTE
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

LAW OFFICES OF
PAUL L. REIN
200 LAKESIDE DR., SUITE A
OAKLAND, CA 94612-3503
(510) 832-5001

CONSENT DECREE AND [PROPOSED] ORDER
CASE NO. C07-4616 EDL                    7                S:\SLR\CASES\F\FRIENDLY CAB\PLEADINGS\CONSENT DECREE (final filed version).PL.wpd